# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
#### No. 7:20-CR-177

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DWAYNE GENTRY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL file a response to defendant's motions for compassionate release [D.E. 88, 89, 90] not later than May 15, 2026.

SO ORDERED. This 31 day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge