IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-177-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DWAYNE GENTRY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has been released from the Bureau of Prisons. Thus, the court DENIES as moot

defendant's motions for compassionate release [D.E. 88, 89, 90].

SO ORDERED. This _5_ day of June, 2026.

JAMES C. DEVER III
United States District Judge